755

No. 974.  ROSENTHAL v. LANGLEY ET AL.  See *ante*, p. 720.

No. 966.  QUEEN v. UNITED STATES.  May 27, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis*, denied.  *Mr. Brooks T. Sanders* for petitioner.  No appearance for the United States.

No. 979.  DEKTOR v. OVERBROOK NATIONAL BANK ET AL. May 27, 1935.  Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Messrs. Herman Steerman* and *Isidor Ostroff* for petitioner.  No appearance for respondents.

No. 980.  TENNESSEE EX REL. FOX v. NEELY, WARDEN. May 27, 1935.  Petition for writ of certiorari to the Supreme Court of Tennessee, and motion for leave to proceed further *in forma pauperis*, denied.  *Mr. Silas Fox*, *pro se*.  No appearance for respondent.

No. 822.  DUWAMISH TRIBE OF INDIANS ET AL. v. UNITED STATES.  May 27, 1935.  Petition for writ of certiorari to the Court of Claims denied.  The motion to remand is also denied.  *Mr. Arthur E. Griffin* for petitioners.  *Solicitor General Reed, Assistant Attorney General Blair*, and *Mr. George T. Stormont* for the United States.